1  MARK WRAY, #101524
2  LAW OFFICES OF MARK WRAY
   608 Lander Street
3  Reno, Nevada 89509
4  (775) 348-8877
   (775) 348-8351 fax
5  mwray@markwraylaw.com
6  Attorneys for Defendants
   MOTHER EARTH ORGANIC FARMS, LLC
7  and JACK PALMERI

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  (SAN JOSE DIVISION)

12

13

14 HEADSTART NURSERY, INC., a       )   Case No. 5:18-cv-03285-NC
   California corporation; and T and C )
15 SUPPLIES, INC., a California       )   **STIPULATION AND ORDER FOR**
   corporation, dba RADICLE SEED      )   **DISMISSAL OF ACTION**
16 COMPANY,                           )
                                      )
17              Plaintiffs,           )
18                                    )
19       vs.                          )
                                      )
20 JACK PALMERI, an individual;       )
   MOTHER EARTH ORGANIC FARMS,)
21 LLC, a Florida limited liability company,)
22 inclusive,                         )
                                      )
23              Defendants.           )
24 _____)

25       IT IS HEREBY STIPULATED, by and between Plaintiffs Headstart Nursery, Inc.

26 and T and C Supplies, Inc. and Defendants Jack Palmeri and Mother Earth Organic

27 Farms, LLC, by their undersigned counsel, that the above captioned action be dismissed,

28

with prejudice, with each party to bear its own fees and costs.

DATED:  March 27, 2019        LAW OFFICE OF MARK WRAY

By _____/s/ Mark Wray_____
MARK WRAY
Attorneys for Defendants
MOTHER EARTH ORGANIC FARMS,
LLC and JACK PALMERI

DATED:  March 27, 2019        JACOBSON MARKHAM, L.L.P

By _____/s/ Patrick Markham_____
PATRICK MARKHAM
8950 Cal Center Drive, Suite 210
Sacramento, CA 95826
(916) 854-5969
Attorneys for Plaintiffs
HEADSTART NURSERY, INC. and
T and C SUPPLIES, INC.

## **ORDER**

The parties having stipulated, for good cause shown,

IT IS HEREBY ORDERED that the above captioned action be dismissed, with prejudice, with each party to bear its own fees and costs.

GRANTED

Judge Nathanael M. Cousins

_____
NATHANAEL CO
United States Ma

DATED:  March 27, 2019_____